

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

COPY
Original Received

MAY 23 2008

Clerk of the Trial Courts
By _____ Deputy

| | |
|---|---|
| RACHEL KASNICK and RICK KASNICK | ) |
| Plaintiffs, | ) |
| vs. | ) |
| FRED MEYER, INC. a division of THE KROGER COMPANY, | ) |
| Defendant. | ) |

1JU-08-__625__ CI

## COMPLAINT

Plaintiffs, Rachel Kasnick and Rick Kasnick, through counsel Dillon & Findley, P.C., allege as follows:

### Parties

1.    Plaintiffs, during all times relevant, were residents of the City and Borough of Juneau, Alaska.

2.    Upon information and belief, defendant Fred Meyer, Inc., a division of the Kroger Company, is an Oregon corporation with its principal place of business located in Portland, Oregon and is licensed to do business in the State of Alaska.

3.    Upon information and belief, defendant Kroger Company is an Ohio corporation with its principal place of business located in Cincinnati, Ohio and is authorized to do business in the State of Alaska.

LAW OFFICES
DILLON & FINDLEY
A PROFESSIONAL CORPORATION
350 N. Franklin Street
Juneau, Alaska 99801
TEL (907) 586-4050 • FAX (907) 586-3777

COMPLAINT
*Kasnick v Fred Meyer*; 1JU-08-__625__ CI
tmh/4012.01/Complaint

Page 1 of 4

4. The Superior Court has jurisdiction over this matter pursuant to AS 22.10.020.

5. Venue is proper in the First Judicial District at Juneau.

**Common Allegations**

6. Plaintiffs reallege all previous paragraphs as if fully set forth herein.

7. On June 7, 2006, plaintiff was shopping in the outdoor garden center, located in a coned-off section of the parking lot at Fred Meyer in Juneau, Alaska.

8. While shopping, a gust of wind blew through the area lifting a large, portable tent-type structure into the air. The plaintiff ran to get out of harm's way, but the tent-structure flew directly into the plaintiff hitting her in the back, and again in the back of the head.

9. An employee of Fred Meyer, Terrance Jamestown, called for a store manager. The manager, Joe Nightingale, came out to the parking lot and filled out a claims/accident form with the plaintiff.

10. The force of the impact from the tent-structure caused injury to the plaintiff's head, neck and body.

**COUNT I**

**Negligence**

11. Plaintiffs reallege all previous paragraphs as if fully set forth herein.

12. Defendant Fred Meyer, Inc. had a duty to protect invitees to their business from harm.

LAW OFFICES
**DILLON & FINDLEY**
A PROFESSIONAL CORPORATION
350 N. Franklin Street
Juneau, Alaska 99801
TEL (907) 586-4000 • FAX (907) 586-3777

Case 1:08-cv-00013-JWS   Document 1-2   Filed 06/24/08   Page 2 of 6

13. Defendant breached this duty when they did not secure the tent-structure in the outdoor garden center.

14. As a result of the defendant's negligence, plaintiff's incurred injuries to her head, back, and body, which have required ongoing medical attention.

15. These injuries caused, and still cause, Rachel Kasnick to suffer physical pain and mental anguish.

16. As a result of the defendant's negligence, plaintiff suffered damages in excess of $100,000, the exact amount to be proven at trial.

## Loss of Consortium

17. Plaintiffs reallege all previous paragraphs as if fully set forth herein.

18. As a result of the defendant's negligence, plaintiffs Rachel and Rick Kasnick suffered loss of consortium due each other as a result of Mrs. Kasnick's injuries.

19. The actions of defendants entitle the plaintiffs to seek damages for loss of consortium.

## Prayer for Relief

WHEREFORE, plaintiff prays that the Court award as follows:

A. Personal injury damages including past, present and future medical costs and expenses, pain and suffering, loss of enjoyment of life, loss of consortium and loss of wages in excess of $100,000.00, the exact amount to be proven at trial;

LAW OFFICES
DILLON & FINDLEY
A PROFESSIONAL CORPORATION
350 N. Franklin Street
Juneau, Alaska 99801
TEL (907) 586-4000 • FAX (907) 586-3777

COMPLAINT
*Kasnick v Fred Meyer*; 1JU-08-__625__ CI
tmh/4012.01/Complaint

Page 3 of 4

B.  Prejudgment and post-judgment interest at the statutory rate from the date of injury until paid;

C.  Attorneys' fees and costs in prosecuting this case; and

D.  Such other and further relief as it deems just and proper.

DATED this 23 day of May, 2008.

DILLON & FINDLEY, P.C.

By: _____
Paul L. Dillon
Alaska Bar # 8006014

LAW OFFICES
DILLON & FINDLEY
A PROFESSIONAL CORPORATION
350 N. Franklin Street
Juneau, Alaska 99801
TEL (907) 586-4000 • FAX (907) 586-3777

Case 1:08-cv-00013-JWS   Document 1-2   Filed 06/24/08   Page 4 of 6

1

2  RACHEL KASNICK and )
   RICK KASNICK )
3 )
4         Plaintiffs, )
 )
5      v. )
 )
6  FRED MEYER, INC. a division )
7  of THE KROGER COMPANY, )
 )
8         Defendant. )        Case No. 1JU-08-625CI
9  _____ )

10 **NOTICE OF FILING NOTICE AND PETITION FOR REMOVAL**

11 To:    First Judicial Circuit at Juneau, Clerk
12        P.O. Box 14100
       Juneau, AK 99801
13

14      Please take notice that Defendant, Fred Meyer, Inc. by counsel, filed their Notice

15 and Petition for Removal of this cause from the First Judicial District at Juneau, Alaska to

16 the United States District Court for the District of Alaska, pursuant to 28 U.S.C. § 1332

17 and 28 U.S.C. § 1446.  Pursuant to 28 U.S.C. § 1446(d), the First Judicial District at

18 Juneau, Alaska, is deprived of jurisdiction and shall undertake no further proceedings

19

20 with respect to this cause.

21      DATED  06/16/08

22

23                          HOFFMAN SILVER GILMAN & BLASCO

24                    By: _____ #7410083
                              Robert P. Blasco (7710098)
25                            Of Attorneys for Fred Meyer, Inc.

26

HOFFMAN SILVER GILMAN & BLASCO, P.C.
9360 GLACIER HWY. SUITE 202
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340 · FAX (907) 586-6818

Certificate of Service

On 6/16/08 a true and correct copy of the foregoing document
was served on the following attorney(s) of record via:

1

2   ✗ U.S. First Class Mail, postage pre-paid
    _____ fax
3   _____ court box
    _____ hand-delivered
4

5   Paul Dillon
    Dillon & Findley
6   350 North Franklin St.
    Juneau, AK 99801
7

8   Laurie Gyles-Chesnut

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HOFFMAN SILVER GILMAN & BLASCO, P.C.

9360 GLACIER HWY. SUITE 202
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340 · FAX (907) 586-6818

Notice of Filing Notice and                    2
Petition for Removal