# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **RACHEL KASNICK** and **RICK KASNICK,**<br><br>Plaintiffs,<br><br>v.<br><br>**FRED MEYER, INC.,** a division of **THE KROGER COMPANY,**<br><br>Defendants. | Case No. 1:08-CV-00013-JWS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The parties having filed a Stipulation To Dismiss With Prejudice,

IT IS ORDERED that the above-entitled action be DISMISSED with prejudice, in accordance with the Stipulation of the parties, with each party to bear their own costs and attorneys fees.

Dated:  March 17, 2010                     /s/ JOHN W. SEDWICK
                                            United States District Judge

*Kasnick v. Fred Meyer, 1:08-cv-00013 JWS*
*Proposed Order of Dismissal With Prejudice*
*Page 1 of 1*
Case 1:08-cv-00013-JWS   Document 22   Filed 03/17/10   Page 1 of 1